393 A.2d 1276

Commonwealth, Appellant v. Garry.

Argued April 13, 1978. F. Sichko, with him Jess D. Costa, District Attorney, for Commonwealth, appellant; James N. Falcon, for appellee.

Order affirmed.